IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STANDARD WASTE SYSTEMS, LTD., § § Plaintiff, § § v. § MID-CONTINENT § CASUALTY CO., *et al.*, § § Defendants. § | Civil Action No. 3:08-CV-0881-N |

## FINAL JUDGMENT

By separate Order of this same date, the Court has granted Defendant Mid-Continent Casualty Co. and Oklahoma Surety Co.'s motion for summary judgment and denied Plaintiff Standard Waste Systems, Ltd.'s ("Standard") motion for partial summary judgment. It is, therefore, ordered that Standard take nothing by its claims in this action and that those claims are dismissed with prejudice. Court costs are taxed against Standard. All relief not expressly granted is denied. This is a final judgment.

Signed September 1, 2009.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE